```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KOLBEA FIELDS, *et al.*            :     CIVIL ACTION
                                   :
         v.                        :
                                   :
PRO-GUARD SECURITY, INC., *et al.* :     NO. 09-3387

**ORDER**

AND NOW, this 22nd day of September 2009, upon consideration of the plaintiffs' Motion to Remand and the response thereto, IT IS hereby ORDERED:

That the Motion is DENIED. IT IS further ORDERED that the defendant Magic Drum & Bugle Corp may file a motion to remand no later than September 23, 2009. IT IS further ORDERED that within 10 days of the date of this Order, the defendant Everett Covington may file a motion to remand *nunc pro tunc*.

                                        BY THE COURT:


                                        /s/ John P. Fullam
                                        John P. Fullam,    Sr. J.